**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-6622**

———————

WILLIAM HERBERT MCCLADDIE,

　　　　　Petitioner - Appellant,

　　　v.

WARDEN OF EVANS CORRECTIONAL INSTITUTION,

　　　　　Respondent - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Richard Mark Gergel, District Judge.  (6:22-cv-01192-RMG)

———————

Submitted:  June 25, 2025　　　　　　　　　　　Decided:  July 18, 2025

———————

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

William Herbert McCladdie, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Herbert McCladdie seeks to appeal the district court's order dismissing his motion for reconsideration as an unauthorized, successive 28 U.S.C. § 2254 petition over which it lacked jurisdiction. We dismiss McCladdie's appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on May 2, 2024, and the appeal period expired on June 3, 2024. *See* Fed. R. Civ. P. 6(a)(1)(C) (explaining that "if the last day [of the period] is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday"). McCladdie filed the notice of appeal on June 6, 2024.[*] Because McCladdie failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date McCladdie could have delivered the notice to prison officials for mailing to the court. Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 276 (1988).